Carly M. Roman (SBN #040895)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**AT TUCSON**

| | |
|---|---|
| **Julie Guiterrez**, Individually and on Behalf of a Class of all Persons and Entities Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**Quinstreet Inc**.,<br><br>Defendant. | No. 4:25-cv-00705-JGZ<br><br>Honorable Chief District Judge Jennifer G. Zipps<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Julie Guiterrez, hereby gives notice that her claims in this action against Defendant Quinstreet Inc., are hereby voluntarily dismissed with prejudice as to her individual claims, and without prejudice as to her class claims, with each party to bear its own costs and attorneys' fees.

*[Counsel signature to follow on next page.]*

DATED AND SUBMITTED this 13th day of March, 2026.


*<u>/s/ Carly M. Roman</u>*
Carly M. Roman (SBN #040895)
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff*
*Julie Guiterrez*

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on March 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

Respectfully submitted this 13th day of March, 2026.

*/s/ Carly M. Roman*
Carly M Roman
**STRAUSS BORRELLI PLLC**
980 N Michigan Ave., Ste. 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

*Counsel for Plaintiff*
*Julie Guiterrez*